UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EDGAR SANCHEZ,

                      Plaintiff,

    -against-

EZ PARKING CORPORATION, EK PREMIER
SERVICES LLC, and YAN MOSHE, individually,

                      Defendants.
------------------------------------------------------------------------X

Docket No.: 23-CV-04052
(AMD)(VMS)

**NOTICE OF APPEARANCE**

SIRS:

      **PLEASE TAKE NOTICE**, that CHARLES HORN of The Russell Friedman Law Group, LLP hereby appears in the above captioned action as attorney for Defendant, YAN MOSHE, individually.

Dated: Garden City, New York
       June 20, 2023

                      **THE RUSSELL FRIEDMAN LAW GROUP, LLP**
                      *Attorneys for Defendant, Yan Moshe*

    By:    /s/*Charles Horn*
            Charles Horn
            400 Garden City Plaza, Suite 500
            Garden City, New York 11530
            Ph: 516.355.9696
            chorn@rfriedmanlaw.com