UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EDGAR SANCHEZ,

                Plaintiff,

-against-

EZ PARKING CORPORATION, EK PREMIER
SERVICES LLC, and YAN MOSHE, individually,

                Defendants.
------------------------------------------------------------------------X

Docket No.: 23-CV-04052
(AMD)(VMS)

**NOTICE OF APPEARANCE**

SIRS:

      **PLEASE TAKE NOTICE**, that SPENCER D. SHAPIRO of The Russell Friedman Law Group, LLP hereby appears in the above captioned action as attorney for Defendant, YAN MOSHE, individually.

Dated: Garden City, New York
       June 20, 2023

                        **THE RUSSELL FRIEDMAN LAW GROUP, LLP**
                        *Attorneys for Defendant, Yan Moshe*

        By:   /s/*Spencer D. Shapiro*
                Spencer D. Shapiro
                400 Garden City Plaza, Suite 500
                Garden City, New York 11530
                Ph: 516.355.9696
                sshapiro@rfriedmanlaw.com