# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

September 6, 2023

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:   Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Scanlon:

I represent Plaintiff in the above-referenced matter. I write pursuant to the Court's June 2, 2023 Order (paragraph 8), to inform the Court that the corporate Defendants in this action, EZ Parking Corp. and EK Premier Services, LLC, were served with copies of the Summons and Complaint on August 9 and 11, 2023, respectively.  To my knowledge, those Defendants have not appeared in this action, and are therefore seemingly in default.  Thank you in advance for the Court's attention to this issue.

Respectfully submitted,

     /s/

Vincent E. Bauer