# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                        Tel: 212-575-1517
New York, NY 10017

VIA E-FILING

September 20, 2023

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re: Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Scanlon:

I represent Plaintiff in the above-referenced matter. I write pursuant to the Court's September 7, 2023 Order, and respectfully submit herewith affidavits of service on EZ Parking Corp. and EK Premier Services, LLC, respectively, of the Summons and Complaint. Thank you in advance for the Court's attention to this issue.

Respectfully submitted,

/s/

Vincent E. Bauer