UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDGAR SANCHEZ,

                              Plaintiff,

      -against-

EZ PARKING CORPORATION, EK PREMIER
SERVICES LLC, and YAN MOSHE, individually,

                            Defendants.
-----------------------------------------------------------------X

**Case No.:** 1:23-cv-4052 (AMD) (VMS)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for Defendant EK Premier Services LLC in the above-captioned case.  I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       September 27, 2023

                                       Respectfully submitted,

                                       **MILMAN LABUDA LAW GROUP PLLC**
                                       _____/s Emanuel Kataev, Esq._____
                                       Emanuel Kataev, Esq.
                                       3000 Marcus Avenue, Suite 3W8
                                       Lake Success, NY 11042-1073
                                       (516) 328-8899 (office)
                                       (516) 303-1395 (direct dial)
                                       (516) 328-0082 (facsimile)
                                       emanuel@mllaborlaw.com

                                       *Attorneys for Defendant*
                                       *EK Premier Services LLC*

| **VIA ECF** | **VIA ECF** |
|---|---|
| The Russell Friedman Law Group, LLP | Law Offices of Vincent E. Bauer |
| Attn: Messrs. Charles Horn & Spencer D. Shapiro, Esqs. | Attn: Vincent E. Bauer, Esq. |
| 400 Garden City Plaza, Suite 500 | 425 Madison Avenue, 17th Floor |
| Garden City, NY 11530-3306 | New York, NY 10017-1109 |
| chorn@rfriedmanlaw.com | vbauer@vbauerlaw.com |
| sshaprio@rfriedmanlaw.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | *Edgar Sanchez* |
| *Yan Moshe* | |