# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 27, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Vera M. Scanlon, U.S.M.J.
225 Cadman Plaza East
Courtroom 13A South
Brooklyn, NY 11201-1804

> **Re:** **Sanchez v. EZ Parking Corp.,** *et al.*
> **Case No.: 1:23-cv-4052 (AMD) (VMS)**

Dear Judge Scanlon:

This office represents the Defendant EK Premier Services LLC ("EK") in the above-referenced case. <u>See</u> ECF Docket Entry 12. Defendant EK writes, with Plaintiff's consent, to respectfully request a forty-five (45) day extension of time from September 23, 2023 to respond to the complaint in this case. Pursuant to ¶ II(b) of this Court's Individual Practice Rules, Defendant EK respectfully submits that: (i) the original date to respond to the complaint was September 11, 2023, but Defendant EK only recently received notice of this lawsuit; (ii) there have been no previous requests for an extension of time; (iii) the Plaintiff consents to the requested extension of time; (iv) the reason for the requested extension is because your undersigned needs additional time to investigate the allegations and explore a pre-litigation resolution; (v) the requested extension would move the deadline to Tuesday, November 7, 2023; and (vi) Defendant EK is not aware of any other scheduled dates the requested extension would affect.

Accordingly, Defendant EK respectfully submits that there is good cause for the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A). Defendant EK thanks this Court for its time, attention, and anticipated courtesies in this case.

Dated: Lake Success, New York
      September 27, 2023

                                    Respectfully submitted,
                                      **MILMAN LABUDA LAW GROUP PLLC**
                                       */s/ Emanuel Kataev, Esq.*
                                      Emanuel Kataev, Esq.
                                        3000 Marcus Avenue, Suite 3W8
                                        Lake Success, NY 11042-1073
                                        (516) 328-8899 (office)
                                        (516) 328-0082 (facsimile)
                                        emanuel@mllaborlaw.com

                                        *Attorneys for Defendant*
                                        *EK Premier Services LLC*

**VIA ECF**
The Russell Friedman Law Group, LLP
<u>Attn</u>: Messrs. Charles Horn & Spencer D. Shapiro, Esqs.
400 Garden City Plaza, Suite 500
Garden City, NY 11530-3306
chorn@rfriedmanlaw.com
sshaprio@rfriedmanlaw.com

*Attorneys for Defendant*
*Yan Moshe*

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Ann M. Donnelly, U.S.D.J.
225 Cadman Plaza East
Courtroom 4G North
Brooklyn, NY 11201-1804

**VIA ECF**
Law Offices of Vincent E. Bauer
<u>Attn</u>: Vincent E. Bauer, Esq.
425 Madison Avenue, 17th Floor
New York, NY 10017-1109
vbauer@vbauerlaw.com

*Attorneys for Plaintiff*
*Edgar Sanchez*