# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                                    Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

November 5, 2023

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:  Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Scanlon:

I represent Plaintiff in the above-referenced matter.  I write regarding the Court's June 2, 2023 Order.  Counsel to the parties (please note that Defendant EZ Parking has not appeared in this action, and is believed to be defunct) respectfully request an extension of the deadline (currently November 2, and we apologize for the untimely application) to report to the Court regarding the status of settlement discussions.  Counsel has had some difficulty scheduling a date and time for the attorneys and parties to be available for a conference.  We request an extension until November 16 to submit the required settlement report to the Court.  Thank you in advance for the Court's consideration of this request.

Respectfully submitted,

   /s/

Vincent E. Bauer