# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                    Tel: 212-575-1517
New York, NY 10017

VIA E-FILING

November 14, 2023

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re: Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Scanlon:

I represent Plaintiff in the above-referenced matter. I write on behalf of all parties except for Defendant EZ Parking (which is in default and understood to be defunct) in response to the Court's June 2, 2023 Order, as extended by the Court's dated November 5, 2023. Counsel to the parties wish to report to the Court that counsel met via teleconference on Friday, November 10 to discuss the possibility of settlement in this matter. At the end of that discussion, counsel agreed that settlement negotiations are premature at this time, since there are significant factual disputes concerning Plaintiff's version of events and that of Defendant EK Premier Services LLC, and because Defendant Yan Moshe asserts that he did not have any involvement with respect to the employment of Plaintiff and that he was not, in any way, Plaintiff's employer, and Plaintiff disputes that denial. Counsel believes that discovery is necessary to bring some clarity to these issues.

Respectfully submitted,

    /s/

Vincent E. Bauer