UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EDGAR SANCHEZ,

                                  Plaintiff,

     -against-

EZ PARKING CORPORATION, EK PREMIER
SERVICES LLC, and YAN MOSHE, individually,

                                Defendants.
------------------------------------------------------------------X

Case No.: 1:23-cv-4052 (AMD) (VMS)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that David Aminov, Esq. hereby appears as counsel for Defendant EK Premier Services LLC in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
         November 16, 2023

                                                  **MILMAN LABUDA LAW GROUP PLLC**
                                                  /s David Aminov, Esq.
                                                  David Aminov, Esq.
                                                  3000 Marcus Avenue, Suite 3W8
                                                  Lake Success, NY 11042-1073
                                                  (516) 328-8899 (office)
                                                  (516) 328-0082 (facsimile)
                                                  daminov@mllaborlaw.com

                                                  *Attorneys for Defendant*
                                                  *EK Premier Services LLC*

**VIA ECF**
The Russell Friedman Law Group, LLP
Attn: Messrs. Charles Horn & Spencer D. Shapiro, Esqs.
400 Garden City Plaza, Suite 500
Garden City, NY 11530-3306
chorn@rfriedmanlaw.com
sshaprio@rfriedmanlaw.com

*Attorneys for Defendant*
*Yan Moshe*

**VIA ECF**
Law Offices of Vincent E. Bauer
Attn: Vincent E. Bauer, Esq.
425 Madison Avenue, 17th Floor
New York, NY 10017-1109
vbauer@vbauerlaw.com

*Attorneys for Plaintiff*
*Edgar Sanchez*