# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 4, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Vera M. Scanlon, U.S.M.J.
225 Cadman Plaza East
Courtroom 13A South
Brooklyn, NY 11201-1804

      *Re:*    <u>**Sanchez v. EZ Parking Corp.,** *et al.*</u>
              <u>**Case No.: 1:23-cv-4052 (AMD) (VMS)**</u>

Dear Judge Scanlon:

      This office represents the Defendant EK Premier Services LLC ("EK") in the above-referenced case. <u>See</u> ECF Docket Entries 12 and 18. Defendant EK writes, with Plaintiff's consent, to respectfully request a fifty-eight (58) day extension of time from November 15, 2023 to respond to the Plaintiff's amended complaint[1] in this case.

      Pursuant to ¶ II(b) of this Court's Individual Practice Rules, Defendant EK respectfully submits that:

      (i) the original date to respond to the amended complaint was November 15, 2023;[2]

      (ii) there have been no previous requests for an extension of time to respond to Plaintiff's amended complaint;

      (iii) the Plaintiff consents to the requested extension of time;

      (iv) the reason for the requested extension of time is because it came to Defendant EK's attention that no response had been filed to the amended complaint due to inadvertence;

      (v) the requested extension would move the deadline to Friday, January 12, 2024; and

      (vi) Defendant EK is not aware of any other scheduled dates the requested extension would affect.

---

[1] <u>See</u> ECF Docket Entry 14.

[2] Plaintiff's amended complaint was filed on November 1, 2023.  Pursuant to Rule 15, Defendant EK's answer was due fourteen (14) days thereafter.  <u>See</u> Fed. R. Civ. P. 15(a)(3).

Accordingly, Defendant EK respectfully submits that there is good cause for the requested extension of time. See Fed. R. Civ. P. 6(b)(1)(A).

Defendant EK thanks this Court for its time, attention and anticipated courtesies in this case.

Dated: Lake Success, New York
       January 4, 2024                  Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
David Aminov, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com
daminov@mllaborlaw.com

*Attorneys for Defendant*
*EK Premier Services LLC*

**VIA ECF**
The Russell Friedman Law Group, LLP
<u>Attn</u>: Messrs. Charles Horn & Spencer D. Shapiro, Esqs.
400 Garden City Plaza, Suite 500
Garden City, NY 11530-3306
chorn@rfriedmanlaw.com
sshaprio@rfriedmanlaw.com

*Attorneys for Defendant*
*Yan Moshe*

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Ann M. Donnelly, U.S.D.J.
225 Cadman Plaza East
Courtroom 4G North
Brooklyn, NY 11201-1804

**VIA ECF**
Law Offices of Vincent E. Bauer
<u>Attn</u>: Vincent E. Bauer, Esq.
425 Madison Avenue, 17th Floor
New York, NY 10017-1109
vbauer@vbauerlaw.com

*Attorneys for Plaintiff*
*Edgar Sanchez*