# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                                 Tel: 212-575-1517
New York, NY 10017

VIA E-FILING

May 14, 2024

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:  Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Scanlon:

I represent Plaintiff in the above-referenced matter. I write on behalf of all parties to request an extension of the current deadline (May 15) until July 31 to complete discovery in this matter. In that regard, the parties believe that we will need a ruling regarding Plaintiff's discovery application (Document No. 31) before we can conduct the few depositions necessary in this action. We thank the Court for its consideration of this matter.

Respectfully submitted,

  /s/

Vincent E. Bauer