# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

July 22, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Vera M. Scanlon, U.S.M.J.
225 Cadman Plaza East
Courtroom 13A South
Brooklyn, NY 11201-1804

      Re:    **Sanchez v. EZ Parking Corp.,** *et al.*
               **Case No.: 1:23-cv-4052 (AMD) (VMS)**

Dear Judge Scanlon:

    This firm represents Defendant EK Premier Services LLC ("EK Premier") in the above-referenced case. EK Premier respectfully submits this letter motion for an adjournment of the telephonic status conference currently scheduled for July 23, 2024 at 10:30 AM.

    Consistent with ¶ II(b) of this Court's Individual Practice Rules, EK Premier submits:

    (i) the original date of the conference is set forth above;

    (ii) there have been no previous requests for an adjournment of this conference;

    (iii) all counsel of record consent to an adjournment of the status conference;

    (iv) the reason for the adjournment request is because your undersigned will be conducting an all-day mediation in the matter of <u>Shkolir, *et al.* v. Rx2Go, Inc., *et al.*</u>, Case No.: 1:23-cv-7256 (OEM) (PK) and will thus be unavailable to appear for the conference;

    (v) three suggested adjournment dates that suit all parties are (a) Friday, July 26, 2024; (b) Thursday, August 1, 2024, but only after 3:00 PM; and (c) Friday, August 2, 2024; and

    (vi) EK Premier does not believe that the requested adjournment will affect any other scheduled dates such that a proposed revised scheduling order must be attached; indeed, EK Premier respectfully submits that a pre-motion conference before the Hon. Ann M. Donnelly, U.S.D.J. should proceed such that EK Premier may seek judgment on the pleadings due to the lack of enterprise and/or individual coverage under the Fair Labor Standards Act.

    Based on the foregoing, EK Premier's consent letter motion for an adjournment of the telephonic status conference should be granted. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

    EK Premier thanks this Court for its time and attention to this case.

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
July 22, 2024
P a g e | 2

Dated: Lake Success, New York
      July 22, 2024                        Respectfully submitted,

**SAGE LEGAL LLC**

 */s/ Emanuel Kataev, Esq.* 
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*EK Premier Services LLC*

| | |
|---|---|
| **VIA ECF** | **VIA ECF** |
| The Russell Friedman Law Group, LLP | Law Offices of Vincent E. Bauer |
| Attn: Messrs. Charles Horn & Spencer D. Shapiro, Esqs. | Attn: Vincent E. Bauer, Esq. |
| 400 Garden City Plaza, Suite 500 | 425 Madison Avenue, 17th Floor |
| Garden City, NY 11530-3306 | New York, NY 10017-1109 |
| chorn@rfriedmanlaw.com | (212) 575-1517 (office) |
| sshaprio@rfriedmanlaw.com | vbauer@vbauerlaw.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Yan Moshe* | *Edgar Sanchez* |