UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDGAR SANCHEZ,

                               Plaintiff,

              -against-

EZ PARKING CORPORATION, EK PREMIER
SERVICES LLC, and YAN MOSHE, individually,

                               Defendants.
------------------------------------------------------------------X

Case No.: 1:23-cv-4052 (AMD) (VMS)

**CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant EK Premier Services LLC states that there are no parent corporations or any publicly held corporation which owns ten percent (10%) or more of its stock for Defendant EK Premier Services LLC.

Dated: Jamaica, New York
        August 2, 2024

Respectfully submitted,
**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant
EK Premier Services LLC*

**VIA ECF**
The Russell Friedman Law Group, LLP
<u>Attn</u>: Spencer D. Shapiro, Esq.
400 Garden City Plaza, Suite 500
Garden City, NY 11530-3306
chorn@rfriedmanlaw.com
sshapiro@rfriedmanlaw.com

*Attorneys for Defendant
Yan Moshe*

**VIA ECF**
Law Offices of Vincent E. Bauer
<u>Attn</u>: Vincent E. Bauer, Esq.
425 Madison Avenue, 17th Floor
New York, NY 10017-1109
(212) 575-1517 (office)
vbauer@vbauerlaw.com

*Attorneys for Plaintiff
Edgar Sanchez*