

400 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9602
Direct Fax: 516.348.1708
sds@hornwright.com

**Spencer D. Shapiro, Esq.**
Counsel

August 29, 2024

**VIA ECF**
Honorable Magistrate Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re.: ***Edgar Sanchez v. EZ Parking Corp. et al.***
Docket No.: 23-cv-04052 (AMD)(VMS)

Dear Judge Scanlon:

    Horn Wright, LLP has been retained on behalf of Defendant Yan Moshe in connection with the above referenced matter. Our firm will be substituting in as counsel in place of The Russell Friedman Law Group, LLP ("RFLG"). Attached hereto as **Exhibit "A"** is an executed Consent to Change Attorney. It is respectfully requested that the Court grant the substitution and terminate the appearance of Defendant Yan Moshe's prior law firm.

    In addition, the undersigned is no longer in the employ of RFLG and is now employed by Horn Wright, LLP, and will remain as attorney of record for Defendant Yan Moshe. Therefore, it is further respectfully requested that the Court deem this communication counsel's notice of change of address in this matter. The undersigned's address and contact information is as follows:

    Spencer D. Shapiro, Esq.
    HORN WRIGHT, LLP
    400 Garden City Plaza, Suite 500
    Garden City, New York 11530
    Tel.: 516.355.9696
    Fax: 516.355.9697
    Direct Tel.: 516.355.9602
    Direct Fax: 516.348.1708
    E-mail: sds@hornwright.com



Thanking the Court for its time and consideration, I remain

                              Respectfully,
                              **HORN WRIGHT, LLP**

                By:    */S Spencer D. Shapiro*
                              Spencer D. Shapiro

SDS/dm
Enclosure

cc:    All counsel of record (via ECF only)