# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

EDGAR SANCHEZ,

                                Plaintiff,

               -against-

EZ PARKING CORPORATION, EK PREMIER
SERVICES LLC, and YAN MOSHE, individually,

                           Defendants.
-----------------------------------------------------------------------X

Docket No. 23-CV-04052
(AMD)(VMS)

**CONSENT TO CHANGE
ATTORNEY**

     **IT IS HEREBY CONSENTED** that Horn Wright, LLP be substituted as attorneys of

record for Defendant, YAN MOSHE, in place and instead of The Russell Friedman Law Group,

LLP, the undersigned attorney(s) as of the date hereof.  This consent may be signed in counterparts

and facsimile signatures may be deemed originals for all purposes herein.

Date:   August 29, 2024

**THE RUSSELL FRIEDMAN LAW GROUP, LLP**
*Outgoing Attorneys for Yan Moshe*


Bruce M. Klein
400 Garden City Plaza
Garden City, New York 11530
Tel: 516.355.9696

**HORN WRIGHT, LLP**
*Incoming Attorneys for Yan Moshe*


Ronald F. Wright
400 Garden City Plaza
Garden City, New York 11530
Tel: 516.355.9696

By: _____
      Yan Moshe

On this ___ day of _____, 2024, before me the undersigned, a Notary Public in and for said State, personally appeared Yan Moshe, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to be within the instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individuals acted, executed the instrument.

Spencer David Shapiro
Notary Public, State of New York
Reg. No. 02SH6371716
Qualified in Nassau County
Commission Expires March 5, 20___

_____
Notary Public