## Vincent Bauer

**From:** Vincent Bauer
**Sent:** Friday, August 2, 2024 2:03 PM
**To:** Emanuel Kataev; Spencer Shapiro
**Subject:** RE: Activity in Case 1:23-cv-04052-AMD-VMS Sanchez v. EZ Parking Corporation et al Scheduling Order

Thank you, Emanuel. This schedule, however, as well as the other schedule you produced in discovery and Plaintiff's pay records, have been redacted. Unless the reason for those redactions was privilege, all of the foregoing documents must be produced in their unredacted form. Additionally, I wish to confirm that, pursuant to the Court's Order yesterday, you will be producing by the end of August the following documents:

1. All documents withheld from production with respect to Plaintiff's document requests Nos. 1, 3, 4, 5, 7 and 9 on the basis of objections other than privilege.
2. Documents responsive to Plaintiff's document requests Nos. 1, 5 and 7-10.
3. Documents responsive to Plaintiff's second set of document requests.

Please confirm that we have a common understanding regarding the foregoing. If not, I would like to met and confer on Monday.

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Thursday, August 1, 2024 4:12 PM
**To:** Vincent Bauer <vbauer@vbauerlaw.com>; Spencer Shapiro <sshapiro@rfriedmanlaw.com>
**Subject:** RE: Activity in Case 1:23-cv-04052-AMD-VMS Sanchez v. EZ Parking Corporation et al Scheduling Order

See attached.

**Emanuel Kataev, Esq.**
**Sage Legal LLC**
**Emanuel Kataev, Esq., P.C.**
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

This message and its attachments may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

**From:** Vincent Bauer <vbauer@vbauerlaw.com>
**Sent:** Monday, July 22, 2024 8:06 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>; Spencer Shapiro <sshapiro@rfriedmanlaw.com>
**Subject:** RE: Activity in Case 1:23-cv-04052-AMD-VMS Sanchez v. EZ Parking Corporation et al Scheduling Order

**Caution:** This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

1