UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

EDGAR SANCHEZ,

                    Plaintiff,

    -against-

EZ PARKING CORPORATION, EK PREMIER
SERVICES LLC, and YAN MOSHE, individually,

                    Defendants.
-------------------------------------------------------------------------X

Docket No.: 23-CV-04052 (AMD)(VMS)

**NOTICE OF APPEARANCE**

SIRS:

    **PLEASE TAKE NOTICE**, that SPENCER D. SHAPIRO of Horn Wright, LLP hereby appears in the above captioned action as attorney for Defendant, YAN MOSHE, individually.

Dated: Garden City, New York
        October 4, 2024

                        **HORN WRIGHT, LLP**
                        *Attorneys for Defendant, Yan Moshe*

        By:    /s/*Spencer D. Shapiro*
                  Spencer D. Shapiro
                  400 Garden City Plaza, Suite 500
                  Garden City, New York 11530
                  Ph: 516.355.9696
                  sds@hornwright.com