

400 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9602
Direct Fax: 516.348.1708
sds@hornwright.com

**Spencer D. Shapiro, Esq.**
Counsel

October 31, 2024

**VIA ECF**
Honorable Magistrate Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re.:**   ***Edgar Sanchez v. EZ Parking Corp. et al.***
             Docket No.: 23-cv-04052 (AMD)(VMS)

Dear Judge Scanlon:

    Horn Wright, LLP represents Defendant Yan Moshe in connection with the above-mentioned matter. This joint letter is written in response to Your Honor's October 29, 2024 Order confirming that no funds have been exchanged in connection with the Stipulation of Dismissal against Defendant Yan Moshe.

    Thanking the Court for its time and consideration, I remain

                                 Respectfully,
                                 **HORN WRIGHT, LLP**

               By:    */S Spencer D. Shapiro*
                         Spencer D. Shapiro

SDS/dm

cc:    All counsel of record (via ECF only)