UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
EDGAR SANCHEZ,　　　　　　　　　　　　　　　　　Docket No.: 23-CV-04052
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(AMD)(VMS)
　　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　-against-　　　　　　　　　　　　　　　STIPULATION AND
　　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER OF DISMISSAL
EZ PARKING CORPORATION, EK PREMIER
SERVICES LLC, and YAN MOSHE, individually,

　　　　　　　　　　　　　　　Defendants.
------------------------------------------------------------------------- X

　　**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice as against Defendant YAN MOSHE only without costs or attorney's fees to any party as against the other, and that Defendant YAN MOSHE hereby discontinues his cross-claims against remaining Defendants EZ PARKING and EK PREMIER SERVICES LCC without costs or attorney's fees to any party as against the other.

　　Dated:  October 4, 2024

*/s/ Vincent E. Bauer*
Vincent E. Bauer, Esq.
Law Offices of Vincent E. Bauer
*Attorneys for Plaintiff*
*Edgar Sanchez*
425 Madison Avenue, 17th Floor
New York, NY 10017
212-575-1517
vbauer@vbauerlaw.com


*/s/ Spencer D. Shapiro*
Spencer D. Shapiro, Esq.
Horn Wright, LLP
*Attorneys for Defendant*
*Yan Moshe*
400 Garden City Plaza, Suite 500
Garden City, NY 11530
516-355-9696
sds@hornwright.com

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq.
Sage Legal LLC
*Attorneys for Defendant*
*EK Premier Services LLC*
18211 Jamaica Avenue
Jamaica, NY 11423-2327
emanuel@sagelegal.nyc

SO ORDERED ON THE  21st  day of  November , 2024

s/Ann M. Donnelly
Hon. Ann M. Donnelly, U. S. D. J.