## LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                                                          Tel: 212-575-1517
New York, NY 10017

VIA E-FILING

January 10, 2025

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re: Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Scanlon:

I represent Plaintiff in the above-referenced matter. I write in response to the Court's December 11, 2024 Order regarding discovery. I apologize for the delay in writing to the Court. In that regard, I emailed counsel to Defendant EZ Parking on January 2 and January 6 regarding the need to confirm to the Court that discovery has been completed, and have not received a response to those emails. Nor have I heard from EZ Parking's counsel following the December 11, 2024 Order regarding any need for additional discovery. From Plaintiff's perspective, discovery has been completed.

Respectfully submitted,

/s/

Vincent E. Bauer