# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor         Tel:  212-575-1517
New York, NY 10017

September 8, 2025

The Honorable Ann M. Donnelly
United States District Court, EDNY
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:   Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Donnelly:

I represent Plaintiff in the above-referenced matter. I write to report that the parties have reached a settlement of this action in principle.  We request an order granting us until September 29, 2025 to submit the settlement agreement for the Court's approval.  We thank the Court in advance for its attention to this matter.


Respectfully submitted,

   /s/

Vincent E. Bauer