UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EDGAR I. SANCHEZ,                                            :
                                                             :
                    Plaintiff,                            :
                                                             :   **ORDER**
       -against-                                         :
                                                             :   23 Civ. 4052 (AMD) (VMS)
EZ PARKING CORPORATION & EK PREMIER                          :
SERVICES, LLC.,                                              :
                                                             :
                    Defendants.                           :
------------------------------------------------------------ x

**Vera M. Scanlon, United States Magistrate Judge:**

      The Court is in receipt of the parties' notice that they have reached a settlement. Pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), a Telephonic Fairness Hearing is scheduled for 10/7/2025 at 12:00 PM before the undersigned. To gain access to the ZoomGov audio conferencing system, the parties are to dial 1-646-828-7666; enter meeting ID 16121901090 and press the pound key; when asked for a participant ID, press the pound key; and enter passcode 091622 and press the pound key. In addition to counsel for all parties, the participation of Plaintiff is required. Counsel must organize to have an interpreter appear for any party that requires one.

      On or before 9/30/2025, the Parties must file on ECF a joint motion for judicial approval of the proposed settlement that includes the proposed settlement agreement and a letter-brief addressing: (1) Plaintiff's estimates of the full anticipated recovery if Plaintiff had received a favorable outcome at trial; (2) a description of the bona fide disputes or other issues that support accepting the settlement agreement; (3) a brief description of the settlement negotiations, including a statement as to whether they occurred at arms'-length; (4) the amount of Plaintiff's attorneys' fees and the basis for the claimed amount (e.g., lodestar, retainer); (5) a copy of the

retainer agreement; (6) a statement as to the reasonableness of the fee amounts, including whether the attorney regularly receives payment of the requested hourly rate and whether comparable rates are paid to attorneys of similar experience and professional focus in this District; (7) a description of Plaintiff's counsel's qualifications, including counsel's experience litigating wage-and-hour claims and years in practice; and (8) an itemized list of costs to be paid by Plaintiff.

Counsel should discuss whether they consent to the Magistrate Judge's jurisdiction over the case or the Cheeks motion; consent must be approved by the District Judge before it becomes effective. If the parties agree on consent, they should file the appropriate fully executed form on the docket prior to the Cheeks conference for consideration by the District Judge. The forms are available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge and https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-dispositive-motion-magistrate-judge.

Dated: Brooklyn, New York
9/12/2025

*Vera M. Scanlon*
VERA M. SCANLON
United States Magistrate Judge