# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                            Tel:  212-575-1517
New York, NY 10017

October 1, 2025

The Honorable Ann M. Donnelly
United States District Court, EDNY
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:   Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Donnelly:

I represent Plaintiff in the above-referenced matter. I write to request an extension of time (the current deadline was September 29, 2025) until October 27, 2025 to submit the settlement agreement for the Court's approval.  The reason for the request is that opposing counsel, who volunteered to prepare the draft settlement agreement, has been consumed by other work and has not yet prepared the draft agreement.  Given the need to negotiate open issues and to have the final agreement executed, we believe that the requested extension is necessary.  We thank the Court in advance for its attention to this matter.


Respectfully submitted,

   /s/

Vincent E. Bauer