# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

October 28, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Vera M. Scanlon, U.S.M.J.
225 Cadman Plaza East
Courtroom 13A
South Brooklyn, NY 11201-1804

  *Re:* **Sanchez v. EZ Parking Corp.,** *et al.*
    **Case No.: 1:23-cv-4052 (AMD) (VMS)**

Dear Judge Scanlon,

  This office represents the Defendant EK Premier Services LLC ("EK") in the above referenced case. <u>See</u> ECF Docket Entry <u>12</u>. Defendant EK writes, with Plaintiff's consent, to respectfully request a two (2) week extension of time from October 27, 2025 to file the parties' anticipated joint letter motion to approve their settlement agreement and adjourn the conference scheduled for Wednesday, November 12, 2025 at 3:30 PM.

  Pursuant to ¶ II(b) of this Court's Individual Practice Rules, Defendant EK respectfully submits that:

  (i) the original date to respond to file the joint motion for settlement approval was yesterday, October 27, 2025, and the date of the conference is stated above;

  (ii) there has been one (1) previous request for an extension of time of this deadline and an adjournment of this conference, which was granted on consent;

  (iii) the Plaintiff consents to the requested extension of time and the adjournment;

  (iv) the reason for the requested extension of time is because your undersigned commenced a trial before the Hon. Philip M. Halpern, U.S.D.J. in an unrelated case yesterday and needs additional time to finalize the settlement agreement in light of preparation for and conducting same;

  (v) the requested extension would move the deadline to file the settlement agreement to Tuesday, November 11, 2025, and the parties are generally available to conduct a conference; and

  (vi) Defendant EK is not aware of any other scheduled dates the requested extension and adjournment would affect.

  The parties have exchanged a draft settlement agreement, which Plaintiff reviewed and revised. Defendant EK is reviewing the Plaintiff's revisions and will send back a final agreement which the parties will execute.

      Accordingly, Defendant EK respectfully submits that there is good cause and excusable neglect for the requested extension of time and the adjournment of the conference. See Fed. R. Civ. P. 6(b)(1)(B).

      The parties thank this Court for its time, attention, and anticipated courtesies in this case.

Dated: Jamaica, New York
      October 28, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

By: /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*EK Premier Services LLC*

**VIA ECF**
Law Offices of Vincent E. Bauer
Attn: Vincent E. Bauer, Esq.
425 Madison Avenue, 17th Floor
New York, NY 10017
v.bauer@verizon.net

*Attorneys for Plaintiff*
*Edgar I. Sanchez*