# LAW OFFICES OF VINCENT E. BAUER

**425 Madison Avenue, 3rd floor**  **Tel: 212-575-1517**
**New York, NY 10017**

Vincent E. Bauer
Barbara Meister Cummins

VIA ECF

November 18, 2025

The Honorable Ann M. Donnelly
Hon. Vera M. Scanlon
United States District Court, EDNY
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:   Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Donnelly and Judge Scanlon:

I write pursuant to the Court's recent orders to explain the parties' failure to submit the proposed settlement agreement and application for settlement approval by the dates imposed by the Court.

I believe that the settlement agreement has been finalized (and has already been signed by my client), but I have not heard back from Defendant's counsel to confirm same. The application for settlement approval has been prepared by my office. As I understand it, the very significant delays associated with counsel getting to me the first draft of the settlement agreement (approximately six weeks) and subsequently to respond to my minor suggested revisions (approximately three weeks) were the result of Defendant's counsel having to participate in a trial and other matters.

I will attempt again to reach counsel today to finalize the settlement agreement if not already done and to file the required papers. I understand that counsel wants to adjourn the hearing scheduled for tomorrow, citing a scheduling conflict. Given the parties' failure to comply with the Court's Orders, that adjournment seems necessary.

Respectfully submitted,

s/

Vincent E. Bauer