# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 17, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Vera M. Scanlon, U.S.M.J.
225 Cadman Plaza East
Courtroom 13A
South Brooklyn, NY 11201-1804

> ***Re:*** **Sanchez v. EZ Parking Corp.,** *et al.*
> **Case No.: 1:23-cv-4052 (AMD) (VMS)**

Dear Judge Scanlon,

This office represents the Defendant EK Premier Services LLC (hereinafter "EK") in the above referenced case. <u>See</u> ECF Docket Entry <u>12</u>. Defendant EK writes, with Plaintiff's consent, to respectfully an adjournment of the fairness hearing currently scheduled on November 19, 2025 at 12:00 PM by telephone and an extension of time to submit the parties' joint letter motion for settlement approval.

Pursuant to ¶ II(b) of this Court's Individual Practice Rules, Defendant EK respectfully submits that: (i) the original date of this fairness hearing is set forth *supra* and the deadline to file the joint letter motion for settlement approval was November 12, 2025;[1] (ii) there have been two (2) previous requests for an extension of time of a previous deadline and two (2) requests for adjournment of this conference, including this one, all of which were granted; (iii) the Plaintiff consents to the requested extension of time and the adjournment; (iv) the reason for the requested extension of time is because your undersigned has a previously scheduled settlement conference at the same time before Hon. Taryn A. Merkl, U.S.M.J., in the matter of <u>Fair Housing Justice Center, Inc. v. Niayzov</u>, Case No.: 1:24-cv-4201 (LDH) (TAM) ("<u>Niayoz</u>");[2] and (v) the requested extension would move the deadline to file the settlement agreement to Wednesday, December 3, 2025, and the parties are generally available to conduct a conference; and (vi) Defendant EK is not aware of any other scheduled dates the requested extension and adjournment would affect.

---

[1] This deadline was extended *sua sponte* to Monday, November 17, 2025. <u>See</u> Modified Text Only Order dated November 13, 2025. Your undersigned apologizes for not being able to meet the November 12, 2025 deadline. This was due to a required in-person appearance in the United States District Court for the Eastern District of North Carolina on the same day before the Hon. Terrence W. Boyle, U.S.D.J. in the unrelated matter of <u>Avi & Co NY Corp. v. ChannelAdvisor Corp.</u>, Case No.: 5:23-cv-255 (TWB) (BM).

[2] Although I have not formally appeared in this case, I am representing two (2) individual defendants and their real estate brokerage based on a limited scope retainer as set forth in a submission by the Plaintiffs' attorney in that case. <u>See</u> <u>Niayoz</u>, ECF Docket Entry <u>112</u> (listing your undersigned as an attorney carbon copied on correspondence related to a settlement conference before Judge Merkl).

Accordingly, Defendant EK respectfully submits that there is good cause and excusable neglect for the requested extension of time and the adjournment of the conference. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

Defendant EK thanks this Court for its time, attention, and anticipated courtesies in this case.

Dated: Jamaica, New York
   November 17, 2025

           Respectfully submitted,

           **SAGE LEGAL LLC**

           By: <u>*/s/ Emanuel Kataev, Esq.*</u>
           Emanuel Kataev, Esq.
           18211 Jamaica Avenue
           Jamaica, NY 11423-2327
           (718) 412-2421 (office)
           (917) 807-7819 (cellular)
           (718) 489-4155 (facsimile)
           emanuel@sagelegal.nyc

           *Attorneys for Defendant*
           *EK Premier Services LLC*

<u>**VIA ECF**</u>
Law Offices of Vincent E. Bauer
<u>Attn</u>: Vincent E. Bauer, Esq.
425 Madison Avenue, 17th Floor
New York, NY 10017
v.bauer@verizon.net

*Attorneys for Plaintiff*
*Edgar I. Sanchez*