# LAW OFFICES OF VINCENT E. BAUER

**425 Madison Avenue, 3rd floor**  **Tel:  212-575-1517**
**New York, NY 10017**

Vincent E. Bauer
Barbara Meister Cummins

VIA ECF

December 1, 2025

Hon. Vera M. Scanlon
United States District Court, EDNY
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:   Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Scanlon:

I write pursuant to the Court's November 19 order to report that, despite further prompting, Defendant has continued to fail to work towards the finalization and execution of the settlement agreement.  Additionally, we request that the Court impose a deadline for filing of the settlement approval application, and schedule a hearing regarding same.  Thank you in advance for the Court's attention to these matters.


Respectfully submitted,

	s/

Vincent E. Bauer