# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 3rd floor                      Tel:  212-575-1517
New York, NY 10017

January 22, 2026

The Honorable Ann M. Donnelly
United States District Court, EDNY
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:   Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Donnelly:

I represent Plaintiff in the above-referenced matter. I write pursuant to the Court's January 16, 2026 Order.  Submitted herewith is a notice of voluntary dismissal of Plaintiff's claims against Defendant EZ Parking Corporation.  In that regard, no settlement has been reached or even discussed with EZ Parking.  Plaintiff was unable to effect service on EZ Parking, and understands that entity to be defunct since 2021.

I also wish to alert the Court that I sent a proposed consent to magistrate form to counsel, who has indicated that his client does not consent to Judge Scanlon presiding over the motion for approval of the settlement.

Respectfully submitted,

    /s/

Vincent E. Bauer