**LAW OFFICES OF VINCENT E. BAUER**
**425 MADISON AVENUE, 3rd FLOOR**
**NEW YORK, NEW YORK 10017**
**TEL: 212-575-1517**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
EDGAR SANCHEZ,

                    Plaintiff,

      - against -

EZ PARKING CORPORATION,
EK PREMIER SERVICES LLC, and
YAN MOSHE, individually,

                    Defendants
--------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Edgar Sanchez and his counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant EZ Parking Corporation.

Dated: January 23, 2026                  LAW OFFICES OF VINCENT E. BAUER

                                                _s/_____
                                                Vincent E. Bauer
                                                425 Madison Avenue, 3rd Floor
                                                New York, NY 10017
                                                Tel: (212) 575-1517