# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 3rd floor                                           Tel:  212-575-1517
New York, NY 10017

March 9, 2026

The Honorable Ann M. Donnelly
United States District Court, EDNY
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:   Sanchez v. EZ Parking, et al., 23 cv 4052

Dear Judge Donnelly:

I represent Plaintiff in the above-referenced matter. I write pursuant to the Court's January 16, 2026 Order.  I wish to apologize to the Court.  Per your Honor's order, I prepared and thought I had filed in January the documents filed by me today.  I now see no record of that filing.  I am very sorry for the oversight.

Respectfully submitted,

     /s/

Vincent E. Bauer