UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

:

**EDGAR I SANCHEZ**,                                              :

Plaintiff,                         :     **ORDER ADOPTING REPORT
                                                                       AND RECOMMENDATION**
– against –                              :
                                                                 23-CV-4052 (AMD) (VMS)
                                                                 :

**EZ PARKING CORPORATION, EK                                     :
PREMIER SERVICES LLC, and YAN
MOSHE, individually**,                                           :

Defendants.           :

---------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

On June 1, 2023, the plaintiff brought this action against his former employer to recover unpaid minimum wages and overtime compensation under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq*. and New York Labor Law ("NYLL"), §§ 190 *et seq*.  (ECF No. 1.)  The plaintiff also brought claims for unpaid spread-of-hours premiums and for failure to provide proper wage notices and wage statements as required by the NYLL.  (*Id.*)  The plaintiff amended the complaint four times, on November 1, 2023, February 15, 2024, May 28, 2024, and August 16, 2024.  (ECF Nos. 14, 27, 36, 43.)  The parties participated in mediation on September 5, 2025, and settled the action in principle.  (*ECF Order dated Aug. 5, 2025;* ECF No. 58.)  On January 5, 2026, the plaintiff filed a motion to approve the settlement pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), (ECF No. 65), which the Court referred to Chief Magistrate Judge Vera Scanlon (*ECF Order dated Jan. 15, 2026*).  On March 25, 2026, Judge Scanlon issued a Report and Recommendation recommending that the Court grant the motion.  (ECF No. 72.)  No party has filed an objection to the report and recommendation and the time for doing so has passed.

A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014) (citation omitted). The Court has reviewed Judge Scanlon's thorough and well-reasoned report and recommendation for clear error and finds none. Accordingly, the Court adopts the report and recommendation in its entirety. The motion to approve the settlement agreement is granted.

**SO ORDERED.**

s/Ann M. Donnelly
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
April 13, 2026

2